IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 10 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                          MAGISTRATE NO. 2:14mj27MTP

OMAR ALFREDO SERRANO, *et al.*

## ORDER

Upon motion *ore tenus* of the Government and having heard a reasonable basis therefore, the Court so finds that the Complaint and Affidavit in this case should be sealed.

IT IS THEREFORE ORDERED that the Criminal Complaint and accompanying Affidavit in this cause be and is hereby sealed.

ORDERED, this the 10TH day of OCT., 2014.

_____
UNITED STATES MAGISTRATE JUDGE