AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 10 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Omar Alfredo Serrano a/k/a Oscar a/k/a Chicken Man and Claudia Alcorta Serrano-Sanchez | ) | 2:14mj27MTP |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 10, 2014__ in the county of __Forrest__ in the __Southern__ District of __MS, Eastern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, 5 kilograms or more of cocaine hydrochloride. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Donald A. Penny, Jr., DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/10/2014__

_____
*Judge's signature*

City and state: __Gulfport, MS__

Robert H. Walker, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Donald A. Penny Jr., being first duly sworn, state as follows:

## Introduction

I am a Special Agent (SA) with the United States Department of Justice, Drug Enforcement Administration (DEA). I have been a Special Agent of the DEA for over (23) years. I am currently assigned to the Gulfport Resident Office located in Gulfport, MS. During the course of my employment I have participated in numerous investigations of illegal narcotics trafficking and violations of Title 21 United States Code. Many of these investigations involve the sale and distribution of controlled substances, including cocaine HCL.

## Probable Cause Factual Basis

1. On April 24, 2014, SA Donald Penny and TFO Robert Dearmon (FBI) traveled to the Beaumont Medium Federal Correctional Facility located at 5830 Knauth Road in Beaumont, TX, and interviewed cooperating defendant Santos NAVARRO relative to his involvement in drug trafficking with Fredrick Donnell BOOTH aka "D" and others.

2. Santos NAVARRO advised interviewing agents that in 2009 he met a subject called "D" (later identified as Fredrick Donnell BOOTH) while attending dog fights in Slidell, LA. Santos NAVARRO said after becoming comfortable with BOOTH he agreed to distribute cocaine and marijuana to BOOTH and shortly thereafter sent 100 pounds of marijuana and (2) kilograms of cocaine to BOOTH via a drug courier named Tyrone DIXON.

3. Santos NAVARRO later learned that law enforcement had seized the marijuana and BOOTH was having difficulty paying for the marijuana which had been received on a front (NOTE: The seizure occurred on 01-27-2010 resulting in the seizure of over $108,000.00 and 20 pounds of marijuana). Santos NAVARRO added that the cocaine was paid for on delivery and that the money, an estimated $50,000.00, would have been returned via DIXON directly to the source of supply known to NAVARRO only as "Oscar" (subsequently identified pursuant to investigation as Omar Alfredo SERRANO aka "Oscar").

4. NAVARRO said he learned that DIXON was arrested in March of 2010 while heading to Mississippi with drugs but was not involved in that incident and was unaware of the amount of drugs DIXON was transporting (NOTE: On 03-07-2010, DIXON was arrested on Interstate 20 in West Monroe, Louisiana while in the possession of 628 pounds of marijuana. DIXON has since advised investigating agents that he was transporting the marijuana to BOOTH for Omar Alfredo SERRANO aka "Oscar"). NAVARRO added that he had no further dealings with DIXON or BOOTH.

5. On September 09, 2014, Fredrick Donell BOOTH aka "D" was indicted by a Federal Grand Jury in the Southern District of Mississippi for federal drug and money laundering violations under criminal number 2:14cr39KS-MTP.

6. On September 30, 2014, agents with United States Department of Justice, Drug Enforcement Administration (DEA), Federal Bureau of Investigation (FBI) and the Mississippi Bureau of Narcotics (MBN) seized (18) eighteen kilograms of cocaine and ($1,100,000.00) one-million one-hundred thousand United States currency discovered in a residence on Frederick Donnell BOOTH's property in Bassfield, Mississippi. On 10/1/2014, BOOTH surrendered himself to agents and was placed in custody for federal drug and money laundering violations

7. On 10/6/2014, Fredrick Donell BOOTH aka "D" met with agents for the purpose of conducting a rule 11 proffer. BOOTH advised he was receiving (400-500 lbs.) four hundred to five hundred pounds of marijuana and (5) five kilograms of cocaine from Santos NAVARRO per trip. BOOTH stated that he and NAVARRO were not getting along, because of a drug and money seizure that occurred in Hattiesburg, Mississippi. BOOTH further stated that he and drug courier Tyrone DIXON were communicating. DIXON advised BOOTH that he knew how to get in touch with NAVARRO's source of supply (SOS) for marijuana and cocaine. He agreed to introduce BOOTH directly to remove NAVARRO from drug sale negotiations.

8. BOOTH stated that in 2010, prior to Tyrone DIXON's arrest on 03/07/2010, he (BOOTH) and DIXON traveled to a Home Depot located near Cleveland, TX and met with Omar Alfredo SERRANO aka "Oscar". BOOTH stated that he got into a vehicle with SERRANO to discuss future drug transactions between the two. BOOTH stated that SERRANO brought him to a farm used to raise chickens located in Cleveland, TX. SERRANO advised BOOTH that NAVARRO owed a debt of ($1,000,000.00) one-million dollars and if BOOTH wished to do business with SERRANO he would have to agree to pay the debt back to SERRANO.

9. BOOTH indicated that he and SERRANO agreed that in order for BOOTH to make enough money to pay back NAVARRO's debt and make it profitable for BOOTH they would have to deal in kilogram quantities of cocaine only. That there wasn't enough profit in marijuana and it was too bulky to transport a large load undetected by law enforcement. BOOTH advised that he began receiving (2) two kilograms of cocaine a trip. BOOTH stated that he would either make the trip himself or use someone he trusted to make the trip for him.

10. BOOTH identified one of the trusted individuals as Azari OATIS. BOOTH stated that when OATIS became part of his drug trafficking network he was receiving (40) forty kilograms of cocaine a month from SERRANO. BOOTH indicted that he receives a "direct connect" call from a Nextel cellular telephone provided by SERRANO, at that time the two advise they are both ready to conduct the transaction. BOOTH will send OATIS with ($1,060,000.00) one- million sixty thousand United States currency to purchase (40) forty kilograms of cocaine from SERRANO. BOOTH subsequently identified a Texas driver's license photo of Omar Alfredo SERRANO, in a six pack photographic lineup with five other like photos.

11. BOOTH advised that within the past two years of dealing with SERRANO, issues kept coming up that BOOTH was short on the money provided for the purchase of cocaine from SERRANO. BOOTH finally confronted SERRANO about the fact that he kept getting billed for the shortage of the money count after the currency was turned over to SERRANO. BOOTH stated that SERRANO advised him that it was only he and his wife that counted the money and that he trusted her completely.

12. On 10/6/2014, agents met with Azari OATIS at the DEA Gulfport, Resident Office. OATIS advised that he first started transporting bulk currency and cocaine for BOOTH in the spring/early summer 2013. OATIS advised that he travels to a barn located at 20 Creekwood Rd, Cleveland, TX. Once at the 20 Creekwood Rd. address, OATIS transfers ($1,060,000.00) one- million sixty thousand United States currency provided by BOOTH to SERRANO. In turn SERRANO transfers a duffle bag with (40) forty kilograms of cocaine to OATIS. OATIS conceals the cocaine in the floorboards of a flatbed trailer, then returns to BOOTH in the Hattiesburg, Mississippi area for distribution.

13. OATIS stated that on several of the trips he made to pick up cocaine from SEERRANO, his (SERRANO) wife would be at the meet location (20 Creekwood Rd, Cleveland, Texas). OATIS stated that he and Omar SERRANO would openly exchange the currency for the kilograms of cocaine in the presence SERRANO's wife. Agents using a photographic six pack containing a picture of Omar SERRANO's wife, Claudia Alcorta SERRANO-SANCHEZ with five like photos showed OATIS the lineup. OATIS identified the picture of Claudia Alcorta SERRANO-SANCHEZ as the female he observed during the transfer of drugs and currency. OATIS further stated that when he first started picking up the drug shipments he would go to a location where there were chicken coops, OATIS advised that this location was near Cleveland, TX that he felt he would be able to guide agents into the property if brought into the area.

14. On 10/8/2014, agents with the DEA Gulfport Resident Office (GRO) transported Azari OATIS to Cleveland, TX using the same routes OATIS used previously to conduct drug or currency exchanges with SERRANO. OATIS brought agents to the area of 20 Creekwood Rd., Sam Houston National Forest, Cleveland, TX 77328. OATIS identified this location as the most recent location used to meet with SERRANO inside a barn with a white roof. OATIS also guided agents to the area of 121 Bonnie Creek Rd. Sam Houston National Forest, Coldspring, TX. OATIS advised that this is the location first used by SERRANO to conduct drug exchanges. OATIS identified the chicken coops contained on the property. OATIS advised that he calls SERRANO "Chicken Man", because of all the chicken coops on SERRANO's property.

## CONCLUSION

Based upon my experience as a DEA Special Agent and the facts listed above involving Omar Alfredo SERRANO aka "Oscar" aka "Chicken Man" and Claudia Alcorta SERRANO-SANCHEZ it is my opinion that there is probable cause to believe that

violations of Title 21, United States Code, Section 846, have been committed in the Southern District of Mississippi by Omar Alfredo SERRANO aka "Oscar" aka "Chicken Man" and Claudia Alcorta SERRANO-SANCHEZ, that is, conspiracy to possess with intent to distribute in excess of 5 kilograms of cocaine HCL.

Donald A. Penny, Jr.
Special Agent
Drug Enforcement Administration

Sworn and subscribed to me this ___10th___ day of October, 2014.

UNITED STATES MAGISTRATE JUDGE