IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14cr49KS-N

OMAR SERRANO a/k/a Oscar a/k/a Chicken Man and  21 U.S.C. § 846
CLAUDIA ALCORTA SERRANO-SANCHEZ

**The Grand Jury charges:**

That beginning sometime in 2010 and continuing up to the date of this indictment, in Forrest County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendants, **OMAR SERRANO a/k/a Oscar a/k/a Chicken Man and CLAUDIA ALCORTA SERRANO-SANCHEZ**, did knowingly conspire with others both known and unknown to the Grand Jury, to possess with intent to distribute cocaine hydrochloride, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

## QUANTITY OF COCAINE HYDROCHLORIDE INVOLVED IN THE CONSPIRACY

With respect to **OMAR SERRANO a/k/a Oscar a/k/a Chicken Man**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is in excess of 5 kilograms of cocaine hydrochloride in violation of Section 841(b)(1)(A), Title 21, United States Code.

With respect to **CLAUDIA ALCORTA SERRANO-SANCHEZ**, the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is in excess of 5 kilograms of cocaine hydrochloride, in violation of Section 841(b)(1)(B), Title 21, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/ signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 5th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE